# Court of Appeals
# of the State of Georgia

ATLANTA,   September 01, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0526.  STEVEN B. SCHWARZ v. GEORGIA MEDICAL BOARD.**

On February 23, 2015, the trial court entered a final order granting the Georgia Medical Board's motion to dismiss Steven B. Schwarz's application to reinstate his medical license.   Schwarz filed a direct appeal to this Court from that order, which we dismissed for failure to follow discretionary appeal procedures.  See Case No. A15A1765, dismissed July 22, 2015.   On August 4, 2015, Schwarz filed an application for discretionary appeal from the trial court's order granting the motion to dismiss.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The filing deadline is jurisdictional, and this Court is unable to accept an untimely application. See *Crosson v. Conway*, 291 Ga. 220 (1) (728 SE2d 617) (2012).   Schwarz's application is filed 162 days after the order he seeks to appeal.

In his application, Schwarz asks this Court to excuse his failure to timely file this application and grant him an out-of-time discretionary appeal.  "Georgia courts may excuse compliance with a statutory requirement for appeal only where necessary to avoid or remedy a constitutional violation concerning the appeal." *Gable v. State*, 290 Ga. 81, 85 (2) (b) (720 SE2d 170) (2011).  See *In the Interest of B. R. F.*, 332 Ga. App. 49, 54-55 (770 SE2d 912) (2015) (an appellate court may, at its discretion, permit an out-of-time discretionary appeal where a constitutional right is at stake, such as the right to appellate counsel in a termination of parental rights case). Schwarz has not raised a compelling argument that his constitutional rights have been violated. Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____09/01/2015_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*